IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-52-D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MICHAEL KENROY BELL, | ) |
| | ) |
| Defendant. | ) |

The United States SHALL respond to defendant's motion to reduce sentence [D.E. 116] not later than September 19, 2025.

SO ORDERED. This 29 day of August, 2025

JAMES C. DEVER III
United States District Judge